**Order entered February 3, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00955-CV

### JENNIFER HARRIS, Appellant

### V.

### MASTEC NORTH AMERICA, INC. D/B/A MASTEC ADVANCED TECHNOLOGIES, DIRECTV, LLC AND AT &T, INC., Appellees

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-05222

## ORDER

Before the Court is appellees' January 30, 2020 motion for a fourteen-day extension of time to file their responsive brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 18, 2020.

/s/    KEN MOLBERG
JUSTICE